422

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FARMERS' ELECTRIC COOPERATIVE, Inc., Respondent.

No. 14444.

United States Court of Appeals Fifth Circuit.

June 30, 1953.

Owsley Vose, Attorney, N.L.R.B., A. Norman Somers, Asst. Gen. Counsel, and David P. Findling, Associate Gen. Counsel, Washington, D. C., George J. Bott, Gen. Counsel, Fannie M. Boyls and Henry Rose, Attorneys, National Labor Relations Board, Washington, D. C., for petitioner.

William A. Brown, Austin, Tex., Byron R. Tinsley, Greenville, Tex., Powell, Wirtz & Rauhut, Austin, Tex., for respondent Farmers' Electric Cooperative, Inc.

Before HOLMES, BORAH, and RIVES, Circuit Judges.

PER CURIAM.

The petition to enforce the order of the Board should be, and the same hereby, is granted.

Petition granted.

NATIONAL LABOR RELATIONS BOARD, petitioner, v. David GEESER, Louis Geeser, Morris Geeser, Julius Pankewer, Mayer Pankewer and Morris B. Friedman, co-partners, d/b/a General Waste Trading Company.

No. 14839.

United States Court of Appeals Eighth Circuit.

June 9, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Shifrin & Shifrin, St. Louis, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

James Henry TUCKER, Jr., alias F. M. MOORE, Appellant, v. UNITED STATES of America, Appellee.

No. 11759.

United States Court of Appeals Sixth Circuit.

June 8, 1953.

Norbert J. Bunke, Cincinnati, Ohio, for appellant.

John Brown, U. S. Atty., Memphis, Tenn., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel for appellant, and it appearing that there was substantial evidence to sustain the verdict of the jury, and there appearing no reversible error.

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be and is hereby affirmed.